IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MICKEY OLALO, #A72165748**

    **Petitioner,**

vs.                                                                         Case No. 4:08cv223-SPM

**DEPARTMENT OF HOMELAND
SECURITY, et al.,**

    **Defendants.**
_____/

## REPORT AND RECOMMENDATION

This cause is before me upon referral from the Clerk.

In an order filed May 15, 2008, Petitioner was directed to either pay the $5.00 filing fee or file a motion to proceed *in forma pauperis* by June 16, 2008. Petitioner was warned of dismissal if he failed to comply with that order. Doc. 3. On May 23, 2008, Petitioner's copy of that order was returned to the clerk undelivered and the envelope marked "return to sender, unable to forward." Doc. 4. A check with the Wakulla County Jail revealed that the Petitioner was released from their custody on May 17, 2008. They did not have a forwarding address.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order.  Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989).  Since Petitioner has not notified this court of a change in address his petition should now be dismissed without prejudice.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on July 7, 2008.


s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO PARTIES**

Within 15 days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.