IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICKEY OLALO,
#A72165748

    Petitioner,

vs.                                             Case No. 4:08cv223-SPM/WCS

DEPARTMENT OF HOMELAND
SECURITY, et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 5). The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections have been filed by Petitioner, presumably because all court mail has been returned from Petitioner's last known address, and Petitioner has not filed a change of address with the court.

Pursuant to Title 28, United States Code, Section 636(b)(1), it is

ORDERED AND ADJUDGED as follows:

1.     The Magistrate Judge's Report and Recommendation (doc. 5) is ***adopted and incorporated*** by reference in this order.

2.     The § 2241 petition filed by Petitioner (doc. 1) is hereby ***dismissed***

***without prejudice***.

DONE AND ORDERED this <u>fifteenth</u> day of September, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge